UNITED STATES DISTRICT COURT IN AND FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DORINA MOCERI

    Plaintiff,

v.                                                      CASE NO.:

9:18-cv-80979

BJ'S WHOLESALE CLUB, INC.,
WAWONA PACKING CO., INC., and
WAWONA PACKING CO., LLC

    Defendants.
_____/

## NOTICE OF REMOVAL

    Defendants, WAWONA PACKING CO., INC. and WAWONA PACKING CO., LLC., (hereafter "Wawona") by and through its undersigned counsel, hereby provide notice of the removal of this cause to the United States District Court for the Southern District of Florida, West Palm Beach Division, and states as grounds for such removal the following:

    1.    This action was commenced in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. Service of the complaint was made on Wawona by serving its agent June 27, 2018. This Notice of Removal is filed within thirty days of June 27, 2018.

    2.    This is a civil action brought by the Plaintiff, Dorina Moceri, who is alleged to be a citizen and resident of the State of Florida. None of the Defendants are citizens or residents of the State of Florida.

    3.    At the time this action was commenced and at the present time, Defendant BJ's Wholesale Club, Inc. was and is a Massachusetts corporation, having its principal place of

1

business in Westborough, MA. BJ's Wholesale Club, Inc. is not a citizen of or incorporated in the State of Florida. BJ's Wholesale Club, Inc. does not have its principal place of business in Florida

4. Undersigned counsel has conferred with counsel for BJ's Wholesale Club, Inc., who has indicated that BJ's Wholesale Club, Inc., consents to the removal of this action and will be filing a notice of joinder in this motion.

5. At the time this action was commenced and at the present time, Defendants Wawona Packing Co., Inc. and Wawona Packing Co., LLC. were and are California corporations, having their principal place of business in Cutler, CA. Wawona Packing Co., Inc. and Wawona Packing Co., LLC. are not a citizens of or incorporated in the State of Florida. Wawona Packing Co., Inc. and Wawona Packing Co., LLC. do not have their principal place of business in Florida.

6. Complete diversity exists between the parties in accordance with 28 U.S.C. § 1332.

7. In the first paragraph of the complaint, Plaintiffs demand damages exceeding $15,000 and seeks damages, allegedly arising out of the consumption of adulterated nectarines, as stated in paragraph 11 and elsewhere, for physical injury; pain and suffering; disability or physical impact; mental anguish; inconvenience; loss of the capacity for the enjoyment of life; and the expense of medical and hospital care.

8. Prior to suit being filed, the Plaintiff made multiple demands upon Wawona for damages of $250,000.00, and represented that the medical bills alone exceeded $100,000.00.[1] As a result, to the best of the undersigned's knowledge, information and belief, the amount in controversy herein exceeds $75,000, exclusive of interest and costs.

---

[1] *See* Exhibit B, Letter of March 3, 2017.

9. Wawona has filed a written notice with the Clerk of the Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, in compliance with 28 U.S.C. § 1446(d).[2]

10. Copies of all pleadings filed in the State Court in this matter to date are filed herewith.[3]

11. This action is properly removable to this Court because: (a) it is a civil action where the matter in controversy exceeds the sum or value of $75,000.00, excluding interest and costs, 28 U.S.C. § 1332(a); (b) it is between citizens of different states 28 U.S.C. § 1332(a)(1).

WHEREFORE, Defendant Wawona notices this civil action to be removed to federal court as provided by law.

Respectfully Submitted,

DICKINSON & GIBBONS, P.A.

By: _____
CHARLES W. DENNY, IV
Florida Bar No. 0488615
JESSE R. BUTLER
Florida Bar No. 084058
401 North Cattlemen Road, Suite #300
Sarasota, Florida 34232
cdenny@dglawyers.com
shigginbotham@dglawyers.com
jbutler@dglawyers.com
araymond@dglawyers.com
(941) 366-4680 (phone)
(941) 365-2923 (fax)
Attorneys for Defendants, Wawona Packing Co. Inc. and Wawona Packing Co., LLC

---

[2] *See* Exhibit C, Notice of Removal Filed in Fifteenth Judicial Circuit.
[3] *See* Exhibit A, Summons and Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by U.S. Mail on July 25, 2018 on all counsel or parties of record on the Service List below.

*/s/ Charles W. Denny, IV*
CHARLES W. DENNY, IV

## SERVICE LIST

Michael J. Overbeck, Esquire
Florida Bar No. 0931322
moverbeck@shw-law.com
pelsaesser@shw-law.com
Shuler, Halvorson, Weisser, et. al.
Barristers Building, Suite 4D
1615 Forum Place
West Palm Beach, FL 33401
(561) 689-8180 (phone)
(561) 684-9683 (fax)
Attorneys for Plaintiff

Allison Jaeger, Esquire
Florida Bar No. 101104
Goldberg Segalla, LLP
222 Lakeview Avenue
Suite 800
West Palm Beach, FL 33401
ajaeger@goldbergsegalla.com
(561) 618-4451 (phone)
(561) 618-4549 (fax)
Attorneys for Defendant, BJ'S

4